UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CASEY J. NOWLIN, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL D. CARVAJAL, et al., <br><br> Defendants. | Case No. 5:21-cv-01411-JGB-JDE <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1) filed by Casey J. Nowlin ("Plaintiff"); Plaintiff's Request to Proceed Without Prepayment of Filing Fees (Dkt. 9, "IFP Request"); the Order re Complaint issued by the assigned Magistrate Judge (Dkt. 7); Plaintiff's Notice of Intent to Proceed with the Complaint (Dkt. 8); the Report and Recommendation issued by the Magistrate Judge (Dkt. 11, "Report"); and the Objections to the Report filed by Plaintiff (Dkt. 17). The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

/ / /

As a result, IT IS HEREBY ORDERED that:

1. Plaintiff's IFP Request (Dkt. 9) is DENIED; and
2. Judgment shall be entered dismissing this action with prejudice.

IT IS SO ORDERED.

Dated: December 13, 2021

JESUS G. BERNAL
United States District Judge