JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CASEY J. NOWLIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL D. CARVAJAL, et al.,<br><br>　　　　Defendants. | Case No. 5:21-cv-01411-JGB-JDE<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the operative petition is denied and this action is dismissed with prejudice.

Dated: December 13, 2021

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　United States District Judge